09-4349-cv
Zarro v. Spitzer

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

# <u>SUMMARY ORDER</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 19th day of October, two thousand ten.

PRESENT:
>JOSEPH M. McLAUGHLIN,
>PETER W. HALL,
>>*Circuit Judges*
>RICHARD M. BERMAN[*]
>>*District Judge*

_____

Francis A. Zarro Jr.,

>>*Plaintiff-Appellant*,

>v.                                                                      09-4349-cv

Eliot Spitzer, Eric Dinallo, Town of Colonie Police Department, Scott Anderson, Rebecca Mullane, Rhonda Lustman, Richard Friedman, John Segalla, Malcolm Taub, Keeler Motor Cars, Inc., Sandy Keeler, Tom Tureen, Think About It Maine, Cornerstone Private Capital, Country Club Funding, A Detective in the Police Department in the Town,

>>*Defendants-Appellees*,

_____

[*] Richard M. Berman of United States District Court for the Southern District of New York, sitting by designation.

1

Lester Dier, Reese Lasher, Keith Vinson, Joel Portnoy, Ian Gazes, John Doe, A Detective in the Police Department in the Town of Colonie, New York,

*Defendants.*

Norman J. Voog; Law Offices of Norman J. Voog, L.L.C.; Ridgefield, Connecticut, *for Plaintiff-Appellant Francis A. Zarro, Jr.*

SUDARSANA SRINVASAN (Barbara D. Underwood, Solicitor General, Nancy A. Spiegel, Senior Assistant Solicitor General, and Frank Brady, Assistant Solicitor General of Counsel *on the brief*) for Andrew M. Cuomo, Attorney General of the State of New York, Albany, New York, *for Defendants-Appellees Eliot Spitzer, Eric Dinallo, Scott Anderson, Rebecca Mullane, Rhonda Lustman, and Richard Friedman.*

DANA M. BONIEWSKI (Edwin J. Tobin, Jr. *on the brief*), Maynard, O'Connor, Smith & Catalinotto, LLP, Albany, New York, *for Defendants-Appellees Town of Colonie Police Department and John Doe, a Detective in the Police Department in the Town of Colonie, New York.*

MALCOLM S. TAUB (J. Scott Greer, Lewis & Greer, P.C., Poughkeepsie, New York *on the brief*), Malcolm S. Taub, LLP, New York, New York, *for Defendants-Appellees Malcolm Taub and John Segalla.*

MELISSA J. SMALLACOMBE (Thomas J. Mortati *on the brief*), Burke, Scolamiero, Mortati & Hurd, LLP, Albany, New York, *for Defendants-Appellees Keeler Motor Car, Inc. and Sandy Keeler.*

WILLIAM A. HURST, Greenberg Traurig, LLP, Albany, New York, *for Defendants-Appellees Think About It Maine and Thomas N. Tureen.*

SHAWN T. NASH, Napierski, Vandenburgh & Napierski, LLP, Albany, New York, *for Defendants-Appellees Cornerstone Private Capital, LLC and Country Club Funding, LLC.*

Appeal from a judgment of the United States District Court for the Northern District of New York (Sharpe, *J.*). **UPON DUE CONSIDERATION it is hereby ORDERED, ADJUDGED,**

**AND DECREED** that the judgment of the district court be **AFFIRMED.**

Plaintiff-Appellant raises numerous arguments on appeal from the district court's September 25, 2009 order dismissing his claims under Fed. R. Civ. P. 12(b)(6) against, *inter alia*, the former New York state attorney general, several current and former assistant attorneys general, the Town of Colonie, New York Police Department, Think About It Maine, and Country Club Funding. We assume the parties' familiarity with the facts, procedural history, and specific issues on appeal.[1]

After reviewing the issues on appeal and the record of proceedings below, we affirm for substantially the same reasons articulated by the district court in its thoughtful and well-reasoned order and opinion.[2]

---

[1]Following briefing, Zarro filed a motion with this Court seeking to certify a number of issues to the New York Court of Appeals. Given our disposition of his appeal, set out below, his motion is denied as moot.

[2]We pause, however, to slightly expand upon the district court's holding that many of Zarro's claims against the state attorney general defendants are barred by prosecutorial immunity. The district court correctly stated that Zarro's allegations that the defendants lacked jurisdiction to prosecute him under New York law are conclusory and "do not establish that his state prosecution was 'without any colorable claim of authority.'" *Zarro v. Spitzer*, 2009 WL 3165761, at \*7 (N.D.N.Y. Sept. 25, 2009) (quoting *Shmueli v. City of N.Y.*, 424 F.3d 231, 237 (2d Cir. 2005)). We note, in addition, that these allegations are not merely conclusory; they also have been definitively rejected no less than four times by the New York state courts. *People v. Zarro*, 66 A.D.3d 1050, 1051 (N.Y. App. Div. 2009), *mot. for leave to appeal denied*, 929 N.Y.3d 1018 (N.Y. 2010); *People v. Zarro*, Indictment No. 0023/2003, App. to Appellee's Br. 75-83 (N.Y. Sup. Ct. Oct. 27, 2009), *mot. for leave to appeal denied,* Mot. No. 2009-11533, App. to Appellee's Br. 88 (N.Y. App. Div. Apr. 12, 2010); *People v. Zarro*, Indictment No. 0023/2003, App. to Appellee's Br. 43-50 (N.Y. Sup. Ct. Dec. 31, 2006), *mot. for leave to appeal denied*, 2007 N.Y. Slip Op. 71448(U), App. to Appellee's Br. 68 (N.Y. App. Div. June 12, 2007); *People v. Zarro*, Indictment No. 0023/2003, App. to Appellee's Br. 7-8 (N.Y. Sup. Ct. Jan. 27, 2003). Given this backdrop, it is incredible that Zarro would continue to insist that he was prosecuted in the *clear* absence of jurisdiction, as he must under this Court's precedent if his claim is to succeed. *See Shmueli,* 424 F.3d at 237 (quoting *Barr v. Abrams*, 810 F.2d 358, 361 (2d Cir. 1987)).

Accordingly, the judgment of the district court is **AFFIRMED.**

FOR THE COURT:

Catherine O'Hagan Wolfe, Clerk